UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2026

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH CASUCCI, etc.

Plaintiff,

-against-

25-cv-7284 (LAK)

TAZO TEA COMPANY, et al.

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER GRANTING MOTION TO DISMISS**

LEWIS A. KAPLAN, *District Judge*.

This matter is before the Court on the report and recommendation of Magistrate Judge Henry J. Ricardo (the "R&R"), which recommends that defendants' motion to dismiss the complaint be granted. No timely (or untimely) objections have been filed. Accordingly, defendants' motion (Dkt 14) is granted for substantially the reasons stated in the R&R. The Clerk of the Court is directed to terminate this action.

SO ORDERED.

Dated: August 1, 2026

Lewis A. Kaplan
United States District Judge